UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| | : |
| **v.** | :    **Case No. 03cr212 (JBA)** |
| | : |
| **DAMION FORRESTER** | : |

SCHEDULING ORDER

The following schedule is Ordered in response to the defendant's motion for reduction of sentence pursuant to Title 18 U.S.C. §§3582 (c)(2);

(1) The government's response (Notice to the Court of Defendant's potential eligibility) was filed with the Court on March 4, 2008 and

(2) Defendant's reply shall be filed by March 20, 2008;

(3) A telephonic status conference shall be held on March 26, at 3:00 p.m, the government shall initiate the call to chambers, at 203-773-2456.

IT IS SO ORDERED.

                                             /s/
                                  JANET BOND ARTERTON, U.S.D.J.

**Dated at New Haven, Connecticut: March 7,2008.**