# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.   **APPEARANCE**

CASE NO.: 3:03CR00212(JBA)

DAMION FORRESTER

*To the Clerk of this Court and all parties of record:*

*Enter my Appearance as counsel in this case for:*

DAMION FORRESTER

Date: March 18, 2008

/s/
_____
*Signature*

Bar No.: ct25379

Sarah A. L. Merriam
*Print Name*

FEDERAL DEFENDER OFFICE
*Firm Name*

265 Church Street, Suite 702
*Address*

New Haven,   CT   06510
*City         State   Zip Code*

(203) 498-4200
*Phone Number*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been mailed to Raymond Miller, Assistant United States Attorney, 157 Church Street, 23rd Floor, New Haven, CT, 06510, on this 18th day of March, 2008.

/s/
_____
Sarah A. L. Merriam