UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------x
:
UNITED STATES OF AMERICA    :    Case No. 3:03CR00212(JBA)
:
v.                          :
:
DAMION FORRESTER            :    March 18, 2008
:
---------------------------------------------------------x

### MOTION FOR APPOINTMENT OF FEDERAL DEFENDER

The defendant, Damion Forrester, through undersigned counsel, hereby requests that the Court appoint the Office of the Federal Defender to represent him in connection with his motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

A financial affidavit signed by Mr. Forrester has been filed contemporaneously with this motion. Mr. Forrester is currently incarcerated, and has no income other than that earned from the Bureau of Prisons. He has no assets. Accordingly, undersigned counsel believes that Mr. Forrester qualifies for the services of the Office of the Federal Defender.

Respectfully submitted,

The Defendant,
Damion Forrester

Thomas G. Dennis
Federal Defender

Dated: March 18, 2008

/s/
_____
Sarah A. L. Merriam
Assistant Federal Defender
265 Church Street, Suite 702
New Haven, CT  06510
Bar No. ct25379

Phone: 203-498-4200
Fax: 203-498-4207
Email: sarah_merriam@fd.org

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a copy of the foregoing has been mailed this 18th day of March, 2008, to: Raymond Miller, Assistant United States Attorney, 157 Church Street, 23rd Floor, New Haven, CT, 06510.

/s/
_____
Sarah A. L. Merriam