```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF CONNECTICUT


UNITED STATES OF AMERICA      :

v.                            :      Criminal No: 3:03cr212 (JBA)

DAMION FORRESTER              :



                          ENDORSEMENT  ORDER

     Defendant's motion for appointment of federal defender is

GRANTED.  The Court hereby appoints Sarah A. L. Merriam.



                                   IT IS SO ORDERED.


                                   _____/s/_____
                                   Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut:   March 25, 2008
```