AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

District of Connicut

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| DAMON FORRESTER ) | Case No: 3:03CR212 JBA |
| ) | USM No: 15270-014 |
| Date of Previous Judgment: SEPTEMBER 4, 2004 ) | SARAH MERRIAN |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  **X** the defendant  ❒ the Director of the Bureau of Prisons  ❒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has

**IT IS ORDERED** that the motion is:
 ❒ DENIED.   **X** GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  87  months **is reduced to**  70 MONTHS  .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | | |
|---|---|---|---|---|
| Previous Offense Level: | 29 | Amended Offense Level: | 27 | |
| Criminal History Category: | I | Criminal History Category: | I | |
| Previous Guideline Range: | 87 to 108 months | Amended Guideline Range: | 70 to 87 months | |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
X  The reduced sentence is within the amended guideline range.
❒  The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
❒  Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated  9/4/04  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  MARCH 26, 2008                                       /s/
                                                            Judge's signature

Effective Date: _____                         JANET BOND ARTERTON, U.S.D.J.
       (if different from order date)                          Printed name and title